**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

EUROHYPO AG, NEW YORK BRANCH,
as Administrative Agent,

                          Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                          Defendant.

                                     **12 CV 372 (SLT) (CLP)**

                                     **CERTIFICATE OF SERVICE**

I, Rippi Gill, Esq., hereby certify that on March 23, 2012 the Defendant's March 23, 2012

**ANSWER** was filed with the Clerk of the Court and served in accordance with the Federal Rules

of Civil Procedure, the Eastern District's Local Rules and/or the Eastern District's Rules on

Electronic Service upon the following parties:

> ANDERSON KILL & OLICK, P.C.
> Finley T. Harckham, Esq.
> Marshall Gilinsky, Esq.
> Dennis J. Artese, Esq.
> 1251 Avenue of the Americas
> New York, New York 10020
> (212) 278-1000
>   *Attorneys for Plaintiff*

Dated:  New York, New York
        March 23, 2012

                          LAZARE POTTER & GIACOVAS LLP

                          By: _____s/Rippi Gill_____
                                  Stephen M. Lazare (SL-2243)
                                  Andrew M. Premisler (AP-0811)
                                  Rippi Gill (RG-5338)
                                  950 Third Avenue
                                  New York, New York 10022
                                  (212) 758-9300
                                  slazare@lpgllp.com
                                  rgill@lpgllp.com
                                  *Attorneys for Defendant Travelers*
                                  *Property Casualty Company of America*