UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EUROHYPO AG, NEW YORK BRANCH,
as Administrative Agent,

          Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

          Defendant.

12 CV 372 (SLT) (CLP)

**NOTICE OF APPEARANCE**

ECF CASE

PLEASE TAKE NOTICE that the undersigned attorney, Stephen M. Lazare, also appears in this action on behalf of Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated:  New York, New York
         March 28, 2012

Respectfully submitted,

LAZARE POTTER & GIACOVAS LLP

By:    s/ Stephen M. Lazare
       Stephen M. Lazare (SL-2243)
       Andrew M. Premisler (AP-0811)
       Rippi Gill (RG-5338)
       950 Third Avenue
       New York, New York  10022
       (212) 758-9300
       slazare@lpgllp.com
       apremisler@lpgllp.com
       rgill@lpgllp.com
       *Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I, Stephen M. Lazare, Esq., hereby certify that on March 28, 2012, the foregoing Notice of Appearance was served electronically to counsel of record by operation of the Court's CF/ECF system, and to the following parties at the addresses below by first class mail:

ANDERSON KILL & OLICK, P.C.
Finley T. Harckham, Esq.
Marshall Gilinsky, Esq.
Dennis J. Artese, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
*Attorneys for Plaintiff*


Dated: New York, New York
       March 28, 2012

By:   s/ Stephen M. Lazare
      Stephen M. Lazare (SL-2243)
      Andrew M. Premisler (AP-0811)
      Rippi Gill (RG-5338)
      950 Third Avenue
      New York, New York 10022
      (212) 758-9300
      slazare@lpgllp.com
      apremisler@lpgllp.com
      rgill@lpgllp.com
      *Attorneys for Defendant*