# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
Phalprin@andersonkill.com
212-278-1165

April 12, 2012

**By Facsimile and ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eurohypo AG v. Travelers Property Casualty Company of America*
No. 12-cv-372-SLT-CLP

Dear Magistrate Judge Pollak:

We represent plaintiff Eurohypo AG, New York Branch ("Eurohypo") in the above-referenced action. We write to request that the Court extend the current deadline for the parties to exchange initial disclosures by one week, from Friday, April 13, 2012 to Friday, April 20, 2012. The extension is needed because our principal contact at Eurohypo currently is traveling and, therefore, is not available to provide information necessary for the completion of Eurohypo's initial disclosures. We have conferred with counsel for Travelers, and they have consented to the requested extension of time.

Thank you for your consideration of this request.

Respectfully submitted,

Peter A. Halprin

cc: Rippi Gill, Esq. (by email)

Request granted.

CHERYL L. POLLAK
United States Magistrate Judge
SO ORDERED.   4/13/12

nydocs1-986446.1