UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EUROHYPO AG, NEW YORK BRANCH,
as Administrative Agent,

        Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

        Defendant.

12 CV 372 (SLT) (CLP)

**NOTICE OF APPEARANCE**

ECF CASE

PLEASE TAKE NOTICE that the undersigned attorney, Andrew M. Premisler, also appears in this action on behalf of Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated:  New York, New York
       April 13, 2012

                Respectfully submitted,

                LAZARE POTTER & GIACOVAS LLP

                By:   s/ Andrew M. Premisler
                        Stephen M. Lazare (SL-2243)
                        Andrew M. Premisler (AP-0811)
                        Rippi Gill (RG-5338)
                        950 Third Avenue
                        New York, New York  10022
                        (212) 758-9300
                        slazare@lpgllp.com
                        apremisler@lpgllp.com
                        rgill@lpgllp.com
                        *Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I, Andrew M. Premisler, Esq., hereby certify that on April 13, 2012, the foregoing Notice of Appearance was served electronically to counsel of record by operation of the Court's CF/ECF system, and to the following parties at the addresses below by first class mail:

ANDERSON KILL & OLICK, P.C.
Finley T. Harckham, Esq.
Marshall Gilinsky, Esq.
Dennis J. Artese, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
*Attorneys for Plaintiff*


Dated:  New York, New York
        April 13, 2012

        Respectfully submitted,

        LAZARE POTTER & GIACOVAS LLP


        By:   s/ Andrew M. Premisler
            Stephen M. Lazare (SL-2243)
            Andrew M. Premisler (AP-0811)
            Rippi Gill (RG-5338)
            950 Third Avenue
            New York, New York  10022
            (212) 758-9300
            slazare@lpgllp.com
            apremisler@lpgllp.com
            rgill@lpgllp.com
            *Attorneys for Defendant*