# LAZARE POTTER & GIACOVAS LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgllp.com

WRITER'S EMAIL

rgill@lpgllp.com

WRITER'S DIRECT DIAL

(212) 784-2413

November 30, 2012

<u>VIA ECF and Facsimile – (718) 613-2365</u>
Honorable Judge Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

      Re:   *Eurohypo AG, New York Branch v. Travelers Property Casualty Company of America*
              12 CV 372 (SLT) (CLP)

Dear Judge Pollak:

      This firm represents Defendant Travelers Property Casualty Company of America ("Travelers") in the above-referenced matter. We write on behalf of the parties to jointly and respectfully request that the status conference currently scheduled in this matter for December 18, 2012 at 3:00 p.m. be adjourned because the parties will be participating in mediation on December 20, 2012. The parties have conferred and are both available during the week of January 7, 2013 at a mutually convenient time for the Court.

      We thank the Court for its consideration.

Respectfully submitted,

Rippi Gill

cc:   *Via ECF*
      Anderson Kill & Olick, P.C.
      1251 Avenue of the Americas
      New York, NY 10020
        *Attorneys for Plaintiff*