# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
212-278-1246

January 11, 2013

*By ECF*
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Eurohypo AG v. Travelers Property Casualty Company of America*, No. 12-cv-372-SLT-CLP

Dear Magistrate Judge Pollak:

    We represent plaintiff Eurohypo AG, New York Branch, as Administrative Agent ("Eurohypo") in the above-referenced action. We are pleased to report that the parties engaged in mediation before John W. Perry, Jr., Esq. of Perry & Dampf Dispute Solutions. On January 9, 2012, the parties reached an agreement in principle with respect to the primary settlement terms, including the settlement amount. Additional time is needed to negotiate certain ancillary terms and to negotiate and prepare a mutually agreeable final settlement agreement. Thus, Eurohypo respectfully requests an adjournment of the February 12, 2013 conference.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Dennis J. Artese

Dennis J. Artese

cc:    All Counsel (by ECF)
        John Perry, Esq. (by email)