UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EUROHYPO AG, NEW YORK BRANCH,
as Administrative Agent,

                Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                Defendant.

---

12 CV 372 (SLT) (CLP)

**NOTICE OF CHANGE OF ADDRESS**

ECF CASE

**PLEASE TAKE NOTICE** that Lazare Potter & Giacovas LLP, counsel for Defendant Travelers Property Casualty Company of America, has relocated its office to the address below, with the same phone numbers and email addresses.

Dated: New York, New York
         May 8, 2013

                                        LAZARE POTTER & GIACOVAS LLP

                                        By: _____
                                             Stephen M. Lazare (SL-2243)
                                             Andrew M. Premisler (AP-0811)
                                             Rippi Gill (RG-5338)
                                      875 Third Avenue, 28th Floor
                                      New York, New York 10022
                                      (212) 758-9300
                                      rgill@lpgllp.com
                                      *Attorneys for Defendant Travelers Property*
                                      *Casualty Company of America*

TO:   ANDERSON KILL & OLICK, P.C.
        1251 Avenue of the Americas
        New York, New York 10020
        (212) 278-1000
        *Attorneys for Plaintiff*
        (Via ECF)