# LAZARE POTTER & GIACOVAS LLP

Attorneys at Law
875 Third Ave, 28th Floor • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgllp.com

WRITER'S EMAIL

rgill@lpgllp.com

WRITER'S DIRECT DIAL

(212) 784-2413

June 17, 2013

<u>Via ECF</u>
Honorable Judge Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

    Re:    *C.E. Flushing, LLC v. Travelers Property Casualty Company of America*
                11 CV 3477 (SLT) (CLP) ("Flushing Action")

               *Eurohypo AG, New York v. Travelers Property Casualty Company of America*
               12 CV 372 (SLT) (CLP) ("Eurohypo Action")

Dear Judge Pollak:

       This firm represents Defendant Travelers Property Casualty Company of America ("Travelers") in the above-referenced matters. We write pursuant to the Court's May 20, 2013 Order directing the parties to submit a status report concerning ongoing settlement discussions. As we previously advised the Court, Travelers circulated a draft settlement agreement last month. It is our understanding that counsel for Flushing and Eurohypo are in the process of coordinating their review with their respective clients and with each other, and that they anticipate forwarding their joint comments to us shortly. While the parties hope to finalize a settlement soon, they require additional time to address and resolve any remaining issues, as well as to review, comment upon and finalize the settlement agreement and release.

LAZARE POTTER & GIACOVAS LLP

      We thank the Court for its consideration.

                                                Respectfully submitted,

                                                Rippi Gill

cc:    *Via ECF*
       K&L Gates LLP
       One Newark Center, Tenth Floor
       Newark, New Jersey 07102-5282
         *Attorneys for Plaintiff in the Flushing Action*

       *Via ECF*
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, NY 10020
         *Attorneys for Plaintiff in the Eurohypo Action*