# LAZARE POTTER & GIACOVAS LLP

Attorneys at Law
875 Third Ave, 28th Floor • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgllp.com

WRITER'S EMAIL

rgill@lpgllp.com

WRITER'S DIRECT DIAL

(212) 784-2413

August 27, 2013

*Via ECF*
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

Re: *C.E. Flushing, LLC v. Travelers Property Casualty Company of America*
11 CV 3477 (SLT) (CLP) ("Flushing Action")

*Eurohypo AG, New York v. Travelers Property Casualty Company of America*
12 CV 372 (SLT) (CLP) ("Eurohypo Action")

Dear Judge Pollak:

This firm represents Defendant Travelers Property Casualty Company of America ("Travelers") in the above-referenced matters. In connection with the Court's July 19, 2013 Order, we write on behalf of all parties. While a settlement has not yet been finalized, the parties are continuing to address certain details relating to the proposed agreement, and are hopeful that an agreement will soon be finalized. In the event that the parties are unable to finalize an agreement by August 30, Travelers respectfully requests, with the consent of all parties, that the conference be adjourned because Travelers' counsel is unavailable on August 30 due to a conflicting argument in the Second Circuit. The parties are all available on September 4 or September 5 after 1 p.m. We will keep the Court advised accordingly of any further developments.

We thank the Court for its consideration.

Respectfully submitted,

Rippi Gill

LAZARE POTTER & GIACOVAS LLP

cc: *Via ECF*
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5282
  *Attorneys for Plaintiff in the Flushing Action*

*Via ECF*
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
  *Attorneys for Plaintiff in the Eurohypo Action*