# ANDERSON KILL, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
212-278-1246

October 2, 2013

*By ECF*
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Eurohypo AG v. Travelers Property Casualty Company of America*, No. 12-cv-372-SLT-CLP

Dear Magistrate Judge Pollak:

      We represent plaintiff Eurohypo AG, New York Branch, as Administrative Agent ("Eurohypo") in the above-referenced action. As Your Honor is aware, the parties to the above-referenced case and those in the related case styled *C.E. Flushing, LLC v. Travelers Property Casualty Company of America*, 11-cv-3477 (E.D.N.Y) are actively engaged in settlement discussions. We received defendant's most recent proposed changes to the parties' written settlement agreement on Monday, September 30, 2013.

      Throughout this process, Eurohypo and the Current Administrative Agent under the subject loan agreement have been conferring closely with separate counsel, Morrison Foerster, which represents those entities in connection with the subject loan agreement. Sadly, the Morrison Foerster attorney who represents Eurohypo and the Current Administrative Agent was hospitalized on Friday. We do not have any details on his condition, except that, as of Sunday, he expected to remain hospitalized for much of this week. Since Eurohypo and the Current Administrative Agent need to confer with him regarding defendant's proposed changes, we are uncertain at this time as to when we will be in a position to respond to those changes.

      We hope to be able to provide the Court with further information during the

Honorable Cheryl L. Pollak
October 2, 2013
Page 2 of 2

telephonic status conference currently scheduled for October 9, 2013 at 9:30 a.m.

                                              Respectfully submitted,

                                              /s/ Dennis J. Artese

                                              Dennis J. Artese

cc:    All Counsel (by ECF)