UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EUROHYPO AG, NEW YORK BRANCH as Administrative Agent,

                Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

                Defendant.

12 CV 372 (SLT)(CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that this action is hereby dismissed with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
      November __, 2013

ANDERSON KILL & OLICK, P.C.

By: _____
Finley T. Harckham, Esq.
Dennis J. Artese, Esq.
Peter Halprin, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
*Attorneys for Plaintiff*

LAZARE POTTER & GIACOVAS LLP

By: _____
Stephen M. Lazare, Esq.
Andrew M. Premisler, Esq.
Rippi Gill, Esq.
875 Third Avenue, 28th Floor
New York, New York 10022
(212) 758-9300
*Attorneys for Defendant*

SO ORDERED:

/s/ Sandra L. Townes
_____
U.S.D.J.

nydocs1-1020672.5